1  DOUGLAS A. WINTHROP (No. 183532)
   HOWARD RICE NEMEROVSKI CANADY
2  FALK & RABKIN
   A Professional Corporation
3  Three Embarcadero Center, 7th Floor
   San Francisco, California  94111-4024
4  Telephone:   415/434-1600
   Facsimile:   415/217-5910
5  Email: dwinthrop@howardrice.com

6  Attorneys for Defendant
   LAPPERT'S, INC.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | LAPPERT'S ICE CREAM, INC., a California corporation, | No. C 06 1296 SC |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| v. | |
| LAPPERT'S, INC., a Hawaii corporation, | ORDER |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the time for Lappert's, Inc. to respond to the Complaint in this action is extended to and including April 21, 2006.

DATED: March 23, 2006.

    Respectfully,

DOUGLAS A. WINTHROP
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation

By: /s/

Attorneys for Defendant LAPPERT'S, INC.

SUSAN G. O'NEILL
GARNER K. WENG
HANSON BRIDGETT MARCUS
   VLHOSE & RUDY, LLP

By: /s/

Attorneys for Plaintiff LAPPERT'S ICE CREAM, INC.

I, DOUGLAS A. WINTHROP, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from the other signatory hereto.

/s/
DOUGLAS A. WINTHROP

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA