1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   SUSAN G. O'NEILL – 115133
2  425 Market Street, 26th Floor
   San Francisco, CA  94105
3  Telephone:     (415) 777-3200
   Facsimile:     (415) 541-9366
4  E-mail:        soneill@hansonbridgett.com

5  Attorneys for Plaintiff
   LAPPERT'S ICE CREAM, INC., a California Corporation
6

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10            **SAN FRANCISCO-OAKLAND DIVISION**

11

12  LAPPERT'S ICE CREAM, INC., a          No. C06-1296 SC
    California Corporation,
13                                         **STIPULATION TO CONTINUE MOTION
                     Plaintiff,            TO DISMISS**
14
          v.                                  ORDER
15
    LAPPERT'S, INC., a Hawaii Corporation,
16
                     Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

                              - 1 -

1    IT IS HEREBY STIPULATED by and between the parties hereto, through their attorneys

2  of record, that, due to the unavailability of counsel as a result of an arbitration, and in order to

3  allow the parties the opportunity to explore the potential for settlement before incurring additional

4  costs, the hearing on defendant LAPPERT'S, INC.'s Motion to Dismiss, presently set for Friday,

5  June 16, 2006, at 10 a.m. in this Court, shall be continued to Friday, August 25, 2006, at 10 a.m.

6  It is further stipulated that plaintiff LAPPERT'S ICE CREAM, INC. shall file and serve its

7  opposition papers no later than August 4, 2006, and that defendant LAPPERT'S, INC. shall file

8  and serve its reply no later than August 11, 2006.

9

10  DATED:  May 26, 2006                 HANSON BRIDGETT MARCUS
                                            VLAHOS & RUDY, LLP

11

12                                 By:___/s/_____

13                                    SUSAN G. O'NEILL
                                    Attorneys for Plaintiff

14                                    LAPPERT'S ICE CREAM, INC., a
                                    California Corporation

15

16  DATED:  May 26, 2006                 HOWARD, RICE, NEMEROVSKI,
                                            CANADY, FALK & RABKIN, LLC

17

18                                   By:___/s/_____

19                                      DOUGLAS A. WINTHROP
                                    Attorneys for Defendant LAPPERT'S,

20                                    INC., a Hawaii Corporation

21     **IT IS SO ORDERED:**

22  DATED:  May _31_, 2006

23

24

25  HONO_____
    U.S.D

26

27

28

- 2 -