1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   SUSAN G. O'NEILL -115133
2  GARNER K. WENG - 191462
   BATYA F. SWENSON - 192396
3  425 Market Street, 26th Floor
   San Francisco, CA  94105
4  Telephone:    (415) 777-3200
   Facsimile:    (415) 541-9366
5  E-mail:       soneill@hansonbridgett.com

6  Attorneys for Plaintiff
   LAPPERT'S ICE CREAM, INC., a California Corporation
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO-OAKLAND DIVISION

11

12 | LAPPERT'S ICE CREAM, INC., a          No. C06-1296 SC
   | California Corporation,
13 |                                       **STIPULATION TO CONTINUE MOTION**
   |         Plaintiff,                    **TO DISMISS**
14 |
   |     v.
15 |
   | LAPPERT'S, INC., a Hawaii Corporation,
16 |
   |         Defendant.
17

- 1 -

STIPULATION AND ORDER TO CONTINUE MOTION TO DISMISS (CASE NO. C06-1296 SC)    1267405.1

IT IS HEREBY STIPULATED by and between the parties hereto, through their attorneys of record, that in order to allow the parties the opportunity to complete the mediation currently scheduled for August 15, 2006, before the Honorable Fern Smith (Ret.) at JAMS before incurring additional costs, the hearing on defendant LAPPERT'S, INC.'s Motion to Dismiss, presently set for Friday, August 25, 2006, at 10 a.m. in this Court, shall be continued to Friday, September 22, 2006, at 10 a.m. It is further stipulated that plaintiff LAPPERT'S ICE CREAM, INC. shall file and serve its opposition papers no later than August 30, 2006, and that defendant LAPPERT'S, INC. shall file and serve its reply no later than September 8, 2006.

No other dates for this matter will be affected by the continuance of the hearing on defendant's motion to dismiss.

DATED: August 2, 2006

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: /s/ Batya F. Swenson
BATYA F. SWENSON
Attorneys for Plaintiff
LAPPERT'S ICE CREAM, INC., a California Corporation

DATED: August 2, 2006

HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN, LLC

By: /s/ Douglas A. Winthrop
DOUGLAS A. WINTHROP
Attorneys for Defendant LAPPERT'S, INC., a Hawaii Corporation

**IT IS SO ORDERED:**

DATED: August 2, 2006

HONORABLE SAMUEL CONTI
U.S. DISTRICT JUDGE

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" stamp signed Judge Samuel Conti]*