HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
SUSAN G. O'NEILL -115133
GARNER K. WENG - 191462
BATYA F. SWENSON - 192396
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
E-mail: soneill@hansonbridgett.com

Attorneys for Plaintiff
LAPPERT'S ICE CREAM, INC., a California Corporation

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO-OAKLAND DIVISION**

| | |
|---|---|
| LAPPERT'S ICE CREAM, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAPPERT'S, INC., a Hawaii Corporation,<br><br>Defendant. | No. C06-1296 SC<br><br>**STIPULATION TO CONTINUE DEFENDANT'S MOTION TO DISMISS, TRIAL DATE AND PRE-TRIAL DEADLINES**<br><br>and ORDER |

- 1 -
STIPULATION AND ORDER TO CONTINUE (CASE NO. C06-1296 SC)   1269930.1

1    IT IS HEREBY STIPULATED by and between the parties hereto, through their attorneys
2    of record, with the court's permission, that in order to allow the parties the opportunity to
3    complete their settlement efforts started at mediation on August 15, 2006, before the Honorable
4    Fern Smith (Ret.) at JAMS before incurring additional costs, the upcoming law and motion
5    proceedings, the trial and trial-related deadlines be continued each for 30 days, as follows.

6    1) The hearing on defendant LAPPERT'S, INC.'s Motion to Dismiss, presently set
7    for Friday, September 22, 2006, at 10 a.m. in this Court, shall be continued to Friday, October 27,
8    2006, at 10 a.m. It is further stipulated that plaintiff LAPPERT'S ICE CREAM, INC. shall file
9    and serve its opposition papers no later than October 6, 2006, and that defendant LAPPERT'S,
10   INC. shall file and serve its reply no later than October 13, 2006.

11   2) The trial date presently set for March 12, 2007, at 9:30 a.m. in this court, shall be
12   continued to April 9, 2007.

13   3) All discovery and depositions shall be completed by February 12, 2007, sixty (60)
14   days before the date set for trial.

15   4) The last hearing date for motions, to be noticed in accordance with Civil Local
16   Rule 7-2, is now March 16, 2007, at 10:00 a.m.

17   5) A pretrial conference shall be held before the court on ~~April 2, 2007~~ Mar. 23, 2007, at 10:00 a.m.

18   The court's *Status Conference Order Setting Times For Compliance With Certain Rules of*
19   *Court* dated June 30, 2006, remains in full effect with respect to all other pre-trial issues and
20   procedures not specifically mentioned above.

21   ////
22   ////

- 2 -

STIPULATION AND ORDER TO CONTINUE (CASE NO. C06-1296 SC)    1269930.1

| | | |
|---|---|---|
| 1 | DATED: August 17, 2006 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ |
| | | BATYA F. SWENSON |
| | | Attorneys for Plaintiff |
| 5 | | LAPPERT'S ICE CREAM, INC., a California Corporation |
| 6 | | |
| 7 | DATED: August 17, 2006 | HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN, LLC |
| 8 | | |
| 9 | | By: /s/ |
| 10 | | DOUGLAS A. WINTHROP |
| | | Attorneys for Defendant LAPPERT'S, INC., a Hawaii Corporation |

**IT IS SO ORDERED:**

DATED: August 17, 2006

_[signature]_

HONORABLE SAMUEL CONTI
U. S. DISTRICT COURT JUDGE

- 3 -

STIPULATION AND ORDER TO CONTINUE (CASE NO. C06-1296 SC)   1269930.1