DOUGLAS A. WINTHROP (No. 183532)
SHAUDY DANAYE-ELMI (No. 242083)
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910
Email: dwinthrop@howardrice.com

Attorneys for Defendant
LAPPERT'S, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAPPERT'S ICE CREAM, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LAPPERT'S, INC., a Hawaii corporation,<br><br>　　　　　Defendant. | No. C 06 1296 SC<br><br>STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING ON DEFENDANT'S MOTION TO DISMISS |

**STIPULATION**

1.　WHEREAS the parties began settlement discussions during the mediation of the above captioned matter held on August 15, 2006 before the Honorable Fern Smith (Ret.) at JAMS; and

2.　WHEREAS the parties previously stipulated in writing to extend the time within which Defendant Lappert's, Inc. could respond to Plaintiff Lappert's Ice Cream, Inc.'s complaint; and

3.　WHEREAS the Court previously granted the parties' stipulated request to continue the hearing on Defendant's Motion to Dismiss in light of the parties' ongoing settlement efforts (the "First Stipulated Extension"); and

1  4. WHEREAS pursuant to the First Stipulated Extension, the hearing on
2 Defendant's Motion to Dismiss currently is set for October 27, 2006, with opposition and
3 reply papers due on October 6, 2006 and October 13, 2006, respectively; and

4  5. WHEREAS Douglas Winthrop, lead counsel for Defendant Lappert's, Inc., will
5 be out of the office for a number of weeks due to the anticipated arrival of a newborn baby
6 on or about September 19, 2006; and

7  6. WHEREAS the parties' settlement discussions remain ongoing at this time; and

8  7. WHEREAS Judge Smith, the mediator, is and has been out of town working on
9 another matter and will be unavailable until after October 1, 2006; and

10  8. WHEREAS counsel for Defendant has been informed that November 17, 2006 at
11 10:00 a.m. currently is available with the Court as an alternative date for hearing
12 Defendant's Motion to Dismiss;



13  9. The parties therefore STIPULATE AND AGREE to request that the Court
14 change the time for hearing and briefing on Defendant's Motion to Dismiss as follows:

15  (a) The hearing date on Defendant Lappert's Inc.'s Motion to Dismiss presently
16 set for Friday, October 27, 2006, at 10:00 a.m. shall be continued to November 17, 2006.

17  (b) Plaintiff Lappert's Ice Cream, Inc. shall file and serve any opposition to the
18 Motion to Dismiss not later than October 27, 2006.

19  (c) Defendant Lappert's, Inc. shall file and serve any reply not later than
20 November 3, 2006.

21  10. The requested time modification shall have no effect on the remainder of the
22 schedule for the case.

23  //
24  //
25  //
26  //
27  //
28  //

DATED: September 20, 2006.

Respectfully,

DOUGLAS A. WINTHROP
SHAUDY DANAYE-ELMI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____

Attorneys for Defendant LAPPERT'S, INC.

SUSAN G. O'NEILL
GARNER K. WENG
BATYA F. SWENSEN
HANSON BRIDGETT MARCUS
    VLHOSE & RUDY, LLP

By: _____/s/_____

Attorneys for Plaintiff LAPPERT'S ICE CREAM, INC.

I, SHAUDY DANAYE-ELMI, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from the other signatory hereto.

                        /s/
                SHAUDY DANAYE-ELMI

1   **ORDER**

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4   DATED: September 21, 2006.

5   _____
    HON. _____ CONTI
6   U.S. DISTRICT JUDGE



7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. REQUEST FOR ORDER CHANGING TIME FOR HEARING ON DEF'S MOT. TO DISMISS  C 06 1296 SC