1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   SUSAN G. O'NEILL – 115133
2  GARNER K. WENG – 191462
   ALEXANDRA ATENCIO – 227251
3  425 Market Street, 26th Floor
   San Francisco, CA 94105
4  Telephone:   (415) 777-3200
   Facsimile:    (415) 541-9366
5  E-mail:       gweng@hansonbridgett.com

6  Attorneys for Plaintiff
   LAPPERT'S ICE CREAM, INC., a California Corporation
7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO-OAKLAND DIVISION

11

| | |
|---|---|
| LAPPERT'S ICE CREAM, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAPPERT'S, INC., a Hawaii Corporation,<br><br>Defendant. | No. C 06 1296 SC<br><br>**STIPULATED REQUEST FOR ORDER CHANGING DATE FOR HEARING ON DEFENDANT'S MOTION TO DISMISS (AND RELATED BRIEFING SCHEDULE)** |

### STIPULATION

WHEREAS, the parties began settlement discussions during the mediation of the above captioned matter held on August 15, 2006 before the Honorable Fern Smith (Ret.) at JAMS;

WHEREAS, the Court previously granted stipulated requests by the parties' to continue the hearing on Defendant's Motion to Dismiss in light of the parties' ongoing settlement efforts;

WHEREAS, pursuant to the Court's orders on these stipulated requests, the hearing on Defendant's Motion to Dismiss currently is set for November 17, 2006, with opposition and reply papers due on October 27, 2006 and November 3, 2006, respectively;

WHEREAS, the ongoing settlement discussions have taken somewhat longer than anticipated, due in part to Douglas Winthrop, lead counsel for Defendant Lappert's, Inc., being

out of the office for several weeks due to the arrival of a newborn baby and Judge Smith, the mediator, being out of town for some time working on another matter and being relatively unavailable during that time for further work on this matter;

WHEREAS, the parties have been exploring a fairly complicated settlement proposal involving a lengthy settlement agreement and related documents—with the complete proposed documents having been circulated as of October 13, 2006;

WHEREAS, the parties wish to continue their ongoing settlement discussions; and

WHEREAS, counsel for Plaintiff has been informed that December 1, 2006 at 10:00 a.m. currently is available with the Court as an alternative date for hearing Defendant's Motion to Dismiss;

THEREFORE, the parties STIPULATE AND AGREE to the following changes to the date for the hearing for Defendant's Motion to Dismiss (and the related briefing schedule) and respectfully request that the Court enter these as its Order:

(1) The hearing date on Defendant Lappert's, Inc.'s Motion to Dismiss presently set for Friday, November 17, 2006, at 10:00 a.m., is continued to Friday, December 1, 2006, at 10:00 a.m.

(2) Plaintiff Lappert's Ice Cream, Inc. must file and serve any opposition to the Motion to Dismiss no later than Friday, November 10, 2006.

(3) Defendant Lappert's, Inc. must file and serve any reply no later than Friday, November 17, 2006.

(4) For clarity, these changes to the hearing date and briefing schedule for Defendant's Motion to Dismiss will have no effect on the remainder of the schedule for the case.

----
----
----
----
----

| | |
|---|---|
| DATED: October 24, 2006 | Respectfully,<br><br>HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP<br><br>By: /s/<br>SUSAN G. O'NEILL<br>GARNER K. WENG<br>ALEXANDRA ATENCIO<br>Attorneys for Plaintiff<br>LAPPERT'S ICE CREAM, INC., a California Corporation |
| DATED: October 24, 2006 | Respectfully,<br><br>HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN<br><br>By: /s/<br>DOUGLAS A. WINTHROP<br>SHAUDY DANAYE-ELMI<br>Attorneys for Defendant<br>LAPPERT'S, INC. |

IT IS SO ORDERED
*[signature]*
Judge Samuel Conti
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

### SIGNATURES UNDER GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the United States District Court, Northern District of California, I, Garner K. Weng—the ECF User whose User ID and Password are used in the filing of this document—hereby attest that the concurrence to the filing of this document has been obtained from the other signatory to this document.

/s/
GARNER K. WENG