DOUGLAS A. WINTHROP (No. 183532)
SHAUDY DANAYE-ELMI (No. 242083)
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910
Email: dwinthrop@howardrice.com

Attorneys for Defendant
LAPPERT'S, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAPPERT'S, INC., a Hawaii Corporation,<br><br>    Counterclaimant,<br><br>  v.<br><br>LAPPERT'S ICE CREAM, INC.,<br>a California Corporation,<br><br>    Counterdefendant.<br><br>LAPPERT'S ICE CREAM, INC., a<br>California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>LAPPERT'S, INC., a Hawaii corporation,<br><br>    Defendant. | No. C 06 1296 SC<br><br>STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING ON MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO COMPEL (WITH NO CHANGE IN TRIAL DATE) |

STIP. TO EXTEND TIME TO FILE MOT. FOR SUMM. JUDG. AND MOT. TO COMPEL

-1-

**STIPULATION**

1. WHEREAS, the parties may file cross-motions for summary judgment and/or motions to compel discovery, and wish to adjust the schedule for the filing of those motions in a way that will not affect the trial date;

2. WHEREAS, the Court has previously ordered that any hearing on motions filed pursuant to Local Rule 7-2 must be held no later than March 16, 2007 and that therefore the deadline for the parties to file such motions — including motions for summary judgment and possibly motions to compel discovery — is currently February 9, 2007;

3. WHEREAS, the discovery cut-off in this case was set at February 12, 2007 but, due to scheduling conflicts and logistical complications in connection with the need to travel to the State of Hawaii for depositions, the parties mutually agreed that Plaintiff Lappert's Ice Cream, Inc. would take its depositions after the February 12, 2007 discovery cut-off;

4. WHEREAS, in light of the foregoing, the parties have together worked cooperatively to schedule Lappert's Ice Cream, Inc.'s noticed depositions, to be taken in Kauai, Hawaii, for February 13 and 14, 2007;

5. WHEREAS, there is good cause for an extension given that the parties will not know whether it is appropriate to file summary judgment motions or motions to compel discovery before the depositions are completed and discovery is closed;

6. WHEREAS, an extension of the deadline to file summary judgment motions or motions to compel discovery to February 21, 2007 would give the parties four business days after the completion of discovery to finalize any such motions;

7. WHEREAS an extension of the deadline to file summary judgment motions or motions to compel discovery to February 23, 2007 would result in a new hearing date for those motions of March 30, 2007, which would not require the current trial date of April 2, 2007 to be moved;

8. WHEREAS, if the proximity of a March 30, 2007 hearing date to the April 2, 2007 trial date will inconvenience the Court, the parties request in the alternative that the Court extend the deadline to file summary judgment motions or motions to compel


HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

discovery to February 16, 2007, to give the parties two business days after the close of discovery to finalize any such motions. This would move the hearing date on those motions to March 23, 2007.

9. The parties therefore STIPULATE AND AGREE to request that the Court change the time for briefing on any Motions as follows:

(a) The last date for a hearing on any summary judgment motions or motions to compel discovery filed by the parties, presently set for March 16, 2007, at 10:00 a.m. shall be continued to March 30, 2007.

(b) Any motion for summary judgment or motion to compel, and briefs in support thereof, shall be filed and served not later than February 23, 2007.

10. <u>In the alternative</u>, the parties STIPULATE AND AGREE to request that the Court change the time for briefing on any Motion:

(a) The last date for a hearing on any summary judgment motions or motions to compel discovery filed by the parties, presently set for March 16, 2007, at 10:00 a.m. shall be continued to March 23, 2007.

(b) Any motion for summary judgment or motion to compel, and briefs in support thereof, shall be filed and served not later than February 16, 2007.

11. The requested time modification shall have no effect on the remainder of the schedule for the case.

12. Previous extensions of time permitted in this matter include:

(a) The parties previously stipulated in writing to extend the time within which Defendant Counterclaimant Lappert's, Inc. could respond to Plaintiff Lappert's Ice Cream, Inc.'s complaint;

(b) The Court previously granted the parties' two stipulated requests to continue the hearing on Defendant's Motion to Dismiss in light of the parties' ongoing settlement efforts combined with fact that Douglas Winthrop, lead counsel for Defendant Counterclaimant Lappert's, Inc. was out of the office for a number of weeks due to the arrival of his newborn baby, and combined with the fact that Judge Fern Smith, the mediator

with whom the parties had been working to resolve this matter was out of town working in another matter for a period.

DATED: February 6, 2007.

Respectfully,

DOUGLAS A. WINTHROP
SHAUDY DANAYE-ELMI
HOWARD RICE NEMEROVSKI CANADY FALK
   & RABKIN
A Professional Corporation

By: /s/

Attorneys for Defendant LAPPERT'S, INC.

SUSAN G. O'NEILL
GARNER K. WENG
BATYA F. SWENSEN
HANSON BRIDGETT MARCUS
   VLHOSE & RUDY, LLP

By: /s/

Attorneys for Plaintiff LAPPERT'S ICE CREAM, INC.

I, SHAUDY DANAYE-ELMI, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from the other signatory hereto.

/s/
SHAUDY DANAYE-ELMI

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Trial date is April 2, 2007 and the Summary Judgment is continued to March 23, 2007.
DATED: February 9, 2007.

HON. SAMUEL CONTI
U.S. DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

W03 166260001/1370098/v2

STIP. TO EXTEND TIME TO FILE MOT. FOR SUMM. JUD. AND MOT. TO COMPEL
-4-