HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
SUSAN G. O'NEILL -115133
GARNER K. WENG - 191462
BATYA F. SWENSON - 192396
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:      (415) 777-3200
Facsimile:       (415) 541-9366
E-mail:           gweng@hansonbridgett.com
                       bswenson@hansonbridgett.com

Attorneys for Plaintiff
LAPPERT'S ICE CREAM, INC., a California Corporation

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO-OAKLAND DIVISION**

| | |
|---|---|
| LAPPERT'S ICE CREAM, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAPPERT'S, INC., a Hawaii Corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | No. C06-1296 SC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TAKING DEPOSITIONS OF LAPPERT'S INC. AND MARY PRATT AFTER DISCOVERY CUTOFF**<br><br>Action Filed:    February 22, 2006<br>Trial Date:       April 2, 2007 |

STIPULATION

WHEREAS, the discovery cut-off in this matter was February 12, 2007;

WHEREAS, due to scheduling conflicts and logistical complications with the need to travel to the State of Hawaii for depositions, the parties mutually agreed that Plaintiff and Counterdefendant Lappert's Ice Cream, Inc. ("Lappert's California") would take its depositions of Defendant and Counterclaimant Lappert's, Inc. ("Lappert's Hawaii") on February 13 and 14, 2007 in Kauai, Hawaii;

WHEREAS, Plaintiff and Counterdefendant Lappert's California timely delivered its first production of documents to Defendant and Counterclaimant Lappert's Hawaii on Wednesday,

1  January 31, 2007, in line with the timing of Defendant's requests for production and a two-day
2  extension;

3  WHEREAS, in reviewing the documents produced by Plaintiff in preparation for its
4  depositions of Lappert's California and its principal, Michael Lappert, scheduled for February 7
5  and 9, respectively, counsel for Defendant discovered documents he believed indicated that there
6  is a conflict of interest in the law firm of Hanson Bridgett Marcus Vlahos Rudy, LLP ("Hanson
7  Bridgett") representing Plaintiff and Counterdefendant Lappert's California in this litigation.;

8  WHEREAS, on February 9, 2007, counsel for Lappert's Hawaii questioned Michael
9  Lappert about these documents;

10  WHEREAS, on the evening of February 9, 2007, after the conclusion of the deposition,
11  counsel for Lappert's Hawaii informed counsel for Plaintiff and Counterdefendant Lappert's
12  California of his belief that, based on these documents and the corresponding deposition
13  testimony, an alleged conflict of interest exists and that, accordingly, Lappert's Hawaii intended
14  to file a motion to disqualify Hanson Bridgett;

15  WHEREAS, notwithstanding its intent to file this motion to disqualify, counsel for
16  Lappert's Hawaii advised counsel for Lappert's California on the evening of February 9, 2007
17  that it would permit the previously scheduled depositions of Lappert's Hawaii and its principal
18  Mary Pratt to proceed on February 13 and 14 so long as counsel for Lappert's California agreed
19  that (i) it would not use any confidential information that it may have obtained in connection with
20  its prior representation of Lappert's Hawaii in preparing for or taking the deposition, and (2) it
21  would not use the fact of Lappert's Hawaii's agreement to permit these depositions to proceed in
22  the face of this alleged conflict as a basis for contesting or opposing Lappert's Hawaii's
23  forthcoming motion to disqualify Hanson Bridgett;

24  WHEREAS, understanding that counsel for Lappert's Hawaii had a flight scheduled for
25  the morning of Sunday, February 11, Hanson Bridgett attempted to investigate the allegations
26  related to the alleged conflict during the evening of Friday, February 9 and Saturday, February
27  10, but was unable to complete its investigation during that time.

28  WHEREAS, not having been able to complete its investigation before Defendant's

1 counsel's flight to Hawaii, Hanson Bridgett was unwilling to agree to limit what it would be
2 allowed to raise in response to the motion to disqualify as a condition to the depositions;
3     WHEREAS, the depositions did not proceed in Kauai on February 13 and 14;
4     WHEREAS, Defendant and Counterclaimant Lappert's Hawaii is willing to permit the
5 depositions that the parties had scheduled for February 13 and 14 to proceed once the alleged
6 conflict of interest is resolved;
7     IT IS STIPULATED AND AGREED by and between the parties, through their attorneys
8 of record, that Defendant and Counterclaimant Lappert's Hawaii will appear for its Rule 30(b)(6)
9 deposition and separately will produce Mary Pratt for her deposition, in Kauai, Hawaii—after the
10 discovery cut-off, at a mutually convenient time before trial, which is currently set to begin on
11 April 2, 2007.  The depositions will be conducted either: (i) by new counsel for Plaintiff and
12 Counterdefendant Lappert's California; or (ii) in the event that Hanson Bridgett does not
13 voluntarily withdraw and Defendant's and Counterclaimant Lappert's Hawaii's motion to
14 disqualify is denied, by Hanson Bridgett.

DATED:  February 13, 2007

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP

By:  /s/
BATYA F. SWENSON
Attorneys for Plaintiff
LAPPERT'S ICE CREAM, INC., a
California Corporation

DATED:  February 13, 2007

HOWARD, RICE, NEMEROVSKI,
CANADY, FALK & RABKIN, LLC

By:  /s/
DOUGLAS A. WINTHROP
Attorneys for Defendant LAPPERT'S,
INC., a Hawaii Corporation

**IT IS SO ORDERED.**

DATED:  February  15 , 2007

_____
HONORABLE SAMUEL CONTI
U. S. DISTRICT COURT JUDGE

- 3 -

STIPULATION AND [PROPOSED] ORDER REGARDING TAKING DEPOSITIONS OF
LAPPERT'S, INC. AND MARY PRATT AFTER DISCOVERY CUTOFF

1302447.1

- 4 -

## SIGNATURES UNDER GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the United States District Court, Northern District of California, I, Batya F. Swenson—the ECF User whose User ID and Password are used in the filing of this document—hereby attest that the concurrence to the filing of this document has been obtained from the other signatory to this document.

                         /s/
                        BATYA F. SWENSON

- 4 -
STIPULATION AND [PROPOSED] ORDER REGARDING TAKING DEPOSITIONS OF LAPPERT'S, INC. AND MARY PRATT AFTER DISCOVERY CUTOFF

1302447.1