KENNETH E. KELLER (State Bar No. 71450) kkeller@kksrr.com
CHRISTOPHER T. HOLLAND (State Bar No. 164053) cholland@kksrr.com
LORI L. BEHUN (State Bar No. 202309) lbehun@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:   (415) 249-8333

Attorneys for Plaintiff
LAPPERT'S ICE CREAM, INC., a California corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| LAPPERT'S ICE CREAM, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LAPPERTS, INC., a Hawaii corporation,<br><br>    Defendants. | Case No.:  C 06 1296 SC<br><br>**SUBSTITUTION OF COUNSEL** |

   Plaintiff LAPPERT'S ICE CREAM, INC. hereby substitutes Krieg, Keller, Sloan, Reilley & Roman LLP, 114 Sansome Street, Fourth Floor, San Francisco, CA 94104, as counsel of record in place of Hanson, Bridgett, Marcus, Vlahos & Rudy LLP, 425 Market Street, 26th Floor, San Francisco, CA 94105.

///

///

///

///

Received  Mar-16-2007  12:13pm    From-415 927 7016    To-KRIEG KELLER SLOAN R    Page 001

1 | I consent to the above substitution of attorneys.
2 | Dated: March 15, 2007
3 | By: /s/ M. Lappert
4 | MICHAEL LAPPERT FOR LAPPERT'S ICE CREAM, INC.

5 | I accept this substitution.
6 | Dated: March 16, 2007          HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP

8 | By:  /S/
9 | GARNER K. WENG
    Attorneys for Plaintiff LAPPERT'S ICE CREAM, INC.

10 | I accept this substitution.
11 | Dated: March 16, 2007          KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

13 | By:  /S/
14 | Kenneth E. Keller

**IT IS SO ORDERED.**

17 | Dated: March 23, 2007

THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED — Judge Samuel Conti* (stamp/signature)

78201

---

SUBSTITUTION OF COUNSEL
CASE NO. C06-1296 SC

2