1 DOUGLAS A. WINTHROP (No. 183532)
Email: dwinthop@howardrice.com
2 SHAUDY DANAYE-ELMI (No. 242083)
Email: sdanaye-elmi@howardrice.com
3 HOWARD RICE NEMEROVSKI CANADY
      FALK & RABKIN
4 A Professional Corporation
Three Embarcadero Center, 7th Floor
5 San Francisco, California 94111-4024
Telephone:   415/434-1600
6 Facsimile:    415/217-5910
Email: dwinthop@howardrice.com

Attorneys for Defendant
LAPPERT'S, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| LAPPERT'S, INC., a Hawaii Corporation, | No. C 06 1296 SC (WDB) |
|---|---|
| Counterclaimant, | Action Filed: February 22, 2007 |
| v. | STIPULATED REQUEST FOR ORDER SETTING HEARING SCHEDULE ON MOTIONS TO COMPEL AND [PROPOSED] ORDER |
| LAPPERT'S ICE CREAM, INC., a California Corporation, | |
| Counterdefendant. | Judge:   Hon. Wayne D. Brazil |
| LAPPERT'S ICE CREAM, INC., a California corporation, | Trial Date:   August 27, 2007 |
| Plaintiff, | |
| v. | |
| LAPPERT'S, INC., a Hawaii corporation, | |
| Defendant. | |

STIP. REQ. FOR ORDER SETTING HEARING SCHEDULE AND [PROPOSED] ORDER   C 06 1296 SC (WDB)
-1-

## STIPULATION

1. WHEREAS, both parties in the above-captioned case (collectively, the "Parties") filed motions to compel discovery, which were set to be heard by the Court on March 29, 2007, but which were vacated before that date;

2. WHEREAS, the Court by its Notice Vacating Hearing Date for Motions to Compel instructed the Parties to contact the Court to reserve a new hearing date if they desired to pursue their respective motions to compel;

3. WHEREAS, the Honorable Samuel Conti also instructed the Parties to meet and confer to arrange new briefing and hearing dates;

4. WHEREAS, the Parties each contacted the Court to reserve a new hearing date of July 11, 2007 for their respective motions to compel; and

5. WHEREAS, the Parties met and conferred to arrange a briefing schedule for their opposition and reply briefs, which would permit the Parties an opportunity to further reduce areas of dispute, but which would preserve to the greatest extent possible the Court's time to review the papers;

6. The Parties therefore STIPULATE AND AGREE to request that the Court set the time for briefing on the Parties' pending motions to compel as follows:

(a) Opposition briefs on the pending motions to compel shall be due on Monday, June 25, 2007;

(b) Reply briefs on the pending motions to compel shall be due on Friday, June 29, 2007; and

///
///
///
///
///
///
///

     (c)   the hearing before this Court shall be on Wednesday, July 11, 2007, at 1:30 p.m.

DATED: June 20, 2007.

Respectfully submitted,

DOUGLAS A. WINTHROP
SHAUDY DANAYE-ELMI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: /s/ _____
      DOUGLAS A. WINTHROP

Attorneys for Defendant and Counterclaimant
LAPPERT'S, INC.

DATED: June 20, 2007.

KENNETH E. KELLER
CHRISTOPHER T. HOLLAND
ANNE E. KEARNS
KRIEG, KELLER, SLOAN, REILLEY & ROMAN
A Limited Liability Partnership

By: /s/ _____
      CHRISTOPHER T. HOLLAND

Attorneys for Plaintiff and Counter-Defendant
LAPPERT'S, ICE CREAM, INC.

I, SHAUDY DANAYE-ELMI, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from the other signatory hereto.

/s/ _____
SHAUDY DANAYE-ELMI

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 21, 2007.

_____
HONORABLE WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE

W03 062007-166260001/Y07/1394757/v2

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*