UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAPPERT'S ICE CREAM, INC., a California Corporation | ) ) ) | No. C-06-1296 SC |
| Plaintiff, | ) ) | <u>REFERENCE</u> |
| v. | ) ) | |
| LAPPERT'S, INC., a Hawaii Corporation, | ) ) ) | |
| Defendant. | ) ) | |

With reference to Magistrate Judge Wayne D. Brazil's Order of July 12, 2007 regarding the <u>in</u> <u>camera</u> inspection and review of said 14 documents: the matter is referred to Magistrate Judge Brazil to rule.

IT IS SO ORDERED.

Dated: July 13, 2007

_____
UNITED STATES DISTRICT JUDGE