DOUGLAS A. WINTHROP (No. 183532)
Email:  dwinthrop@howardrice.com
JONATHAN W. HUGHES (No. 186829)
Email:  jhughes@howardrice.com
SHAUDY DANAYE-ELMI (No. 242083)
Email:  sdanaye-elmi@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
     FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

Attorneys for Defendant and Counterclaimant
LAPPERT'S, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAPPERT'S ICE CREAM, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LAPPERT'S, INC., a Hawaii Corporation,<br><br>　　　　　Defendant. | No. C 06 1296 SC (WDB)<br><br>Action Filed:  February 22, 2006<br><br>STIPULATION PURSUANT TO FRCP 41(a)(1)(ii) TO DISMISS WITH PREJUDICE<br><br>Trial Date:     August 29, 2007 |
| LAPPERT'S, INC., a Hawaii Corporation,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>LAPPERT'S ICE CREAM, INC., a California Corporation,<br><br>　　　　　Counterdefendant. | |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff and Counterclaim Defendant Lappert's Ice Cream, Inc., by and through its counsel, and Defendant and Counterclaim Plaintiff Lappert's, Inc., by and through its counsel, hereby AGREE AND STIPULATE that this entire action, including both the claims and counterclaims, is hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs. |

DATED: September 4, 2007

NICHOLAS PASTORE
CAMPBELL, WARBURTON, FITZSIMMONS
　SMITH, MENDELL & PASTORE

KENNETH E. KELLER
CHRISTOPHER T. HOLLAND
ANNE E. KEARNS
KRIEG, KELLER, SLOAN, REILLEY
　& ROMAN LLP


By_____/s/_____
　　　　KENNETH E. KELLER

Attorneys for Plaintiff and Counterclaim Defendant
LAPPERT'S ICE CREAM, INC.


DATED: September 4, 2007

DOUGLAS A. WINTHROP
JONATHAN W. HUGHES
SHAUDY DANAYE-ELMI
HOWARD, RICE, NEMEROVSKI, CANADY,
　FALK & RABKIN
A Professional Corporation


By_____/s/_____
　　　　DOUGLAS A. WINTHROP

Attorneys for Defendant and Counterclaimant
LAPPERT'S, INC.

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Judge Samuel Conti]